| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fuentes, Gabriel A. | 2. Court or Organization<br><br>U.S. District Court - Northern District of Illinois, Eastern | 3. Date of Report<br><br>07/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  ☐ Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>06/30/2020 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn St.<br>Chicago, IL 60604 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Northwestern Pritzker School of Law |
| 2. | Attorney | Jenner & Block |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuentes, Gabriel A. | 07/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Northwestern Pritzker School of Law (teaching) | $2,000.00 |
| 2. 2019 | Self-employed (attorney) | $458,334.00 |
| 3. 2018 | Self-employed (attorney) | $499,000.00 |
| 4. 2017 | Self-employed (attorney) | $350,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fuentes, Gabriel A.** | 07/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit Card | K |
| 2. Capital One | Credit Card | None |
| 3. FedLoan Servicing | Parent Plus Student Loan | O |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fuentes, Gabriel A.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | Exempt | | | | |
| 2.   Citibank (cash) | A | Interest | J | T | | | | | |
| 3.   Jenner & Block Cash Balance Plan (cash) | | None | J | T | | | | | |
| 4.   Retirement Acct #1 (H) | | | | | | | | | |
| 5.   Vang Vmmr-FED Money Market (VMFXX)<br>(cash equiv) | E | Dividend | | | | | | | |
| 6.   American Funds EuroPacific Growth R6<br>(RERGX) | A | Dividend | | | | | | | |
| 7.   Vanguard Developing Market Index IS<br>(VWO) | A | Dividend | | | | | | | |
| 8.   WT Small Cap Opps (FSOPX) | A | Dividend | | | | | | | |
| 9.   Fidelity Low Priced Stock K (FLPKX) | A | Dividend | | | | | | | |
| 10.   JP Morgan Mid-Cap Value L (FLMVX) | A | Dividend | | | | | | | |
| 11.   Fidelity Growth Co K (FGCKX) | A | Dividend | | | | | | | |
| 12.   Fidelity 500 Index Institutional (FXSIX) | A | Dividend | | | | | | | |
| 13.   Fidelity 500 Index (FXAIX) | A | Dividend | | | | | | | |
| 14.   Fidelity Total Market Index (FSKAX) | A | Dividend | | | | | | | |
| 15.   Dodge & Cox Stock (DODGX) | B | Dividend | | | | | | | |
| 16.   Vanguard FTSE Social Index (VFTNX) | A | Dividend | | | | | | | |
| 17.   Vanguard FTSE SOC Index ADM<br>(VFTAX) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fuentes, Gabriel A.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Managed Income Portfolio Cl 1 | A | Dividend | | | | | | | |
| 19. Managed Income Portfolio Cl 2 | A | Dividend | | | | | | | |
| 20. Fidelity US Bond Index IS (FXSTX) | A | Dividend | | | | | | | |
| 21. Fidelity US Bond Index (FXNAX) | B | Dividend | | | | | | | |
| 22. Blackrock Total Return K (MPHQX) | A | Dividend | | | | | | | |
| 23. IRA #1 (H) | | | | | | | | | |
| 24. Strategic Advisers FID Emerging Markets (FGOMX) | | None | J | T | | | | | |
| 25. Strategic Advisers FID US Total Stock (FCTDX) | | None | L | T | | | | | |
| 26. Strategic Advisers FID Intl Fund (FUSIX) | A | Dividend | K | T | | | | | |
| 27. Fidelity SAI Emerging Markets Index (FERGX) | | None | J | T | | | | | |
| 28. Fidelity Short Term Bond (FSHBX) | A | Dividend | J | T | | | | | |
| 29. Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | J | T | | | | | |
| 30. Strategic Advisers Fidelity Core Income (FIWGX) | A | Dividend | K | T | | | | | |
| 31. Fidelity Total Market Index (FSKAX) | A | Dividend | | | | | | | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. Fidelity Government Money Market (SPAXX) (cash) | A | Dividend | M | T | | | | | |
| 34. Fidelity Total Market Index Fund (FSKAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fuentes, Gabriel A.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | | B | | | C | | | D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | | Income during reporting period | | | Gross value at end of reporting period | | | Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Fidelity Growth Company (FDGRX) | | | None | | J | T | | | | | |
| 36. | Fidelity Low Priced Stock (FLPSX) | | | None | | J | T | | | | | |
| 37. | Dodge & Cox Stock (DODGX) | | A | Dividend | | J | T | | | | | |
| 38. | Fidelity U.S. Bond Index Fund (FXNAX) | | A | Dividend | | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gabriel A. Fuentes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544